UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED

'09 JAN 26 PM 4: 10

COURT
FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

-vs-

FELIX IVAN SANTIAGO-RIVERA

Case Number: 6:07-CR-159-ORL-28GJK

USM Number: 23176-069

Stephen Langs, FPD
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Two, Three and Four of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New Conviction for Conduct, Trafficking in Cocaine, more than 200 grams | February 15, 2008 |
| Two | New Conviction for Conduct, Driving Under the Influence | February 22, 2007 |
| Three | New Conviction for Conduct, Driving While License Suspended | July 9, 2007 |
| Four | New Conviction for Conduct, No Valid Driver's License | November 1, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not violated conditions Five and is discharged as to such violation condition.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
1/23/2009

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

January 26, 2009

AO 245B (Rev. 6/05) Judgment In a Criminal Case


## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **13 Months. The term of imprisonment shall run consecutively with the defendant's term of imprisonment already imposed in Docket Number 08-CF-2587-O, Orange County Circuit Court, Orlando, Florida.**

The Court recommends to the Bureau of Prisons:

That defendant receive vocational and rehabilitative opportunities while incarcerated

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal